



## MEMORANDUM OPINION

No. 04-12-00313-CV

**In re FaulknerUSA, LP, FaulknerUSA GP, Inc., Safeco Insurance Company
of America, and American States Insurance Company, Relators**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                  Phylis J. Speedlin, Justice
                  Marialyn Barnard, Justice

Delivered and Filed:  June 6, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On May 22, 2012, Relators FaulknerUSA, LP, FaulknerUSA GP, Inc., Safeco Insurance Company of America, and American States Insurance Company filed a petition for writ of mandamus. The court has considered Relators' petition for writ of mandamus and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-04832, styled *Win-Con Enterprises, Inc. v. FaulknerUSA, LP, Safeco Insurance Company of America, American States Insurance Company, and FaulknerUSA GP, Inc.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.